04-15-00035-cv

ACCEPTED
04-15-00035-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
Filed 1/5/2025 10:34:39 AM
KEITH E. HOTTLE
District Clerk CLERK
Gillespie County, Texas
By Kim Durst

CAUSE NO. 12575A

| | | |
|---|---|---|
| ARK-DIMENSION 4, INC. AND ROBERT POSPISIL | § | IN THE DISTRICT COURT |
| | § | FILED IN 4th COURT OF APPEALS SAN ANTONIO, TEXAS |
| VS. | § | 216th JUDICIAL DISTRICT |
| | § | 01/27/2015 9:42:25 AM KEITH E. HOTTLE Clerk |
| MICHELLE GRIFFITH, PERSONAL REPRESENTATIVE OF THE ESTATE OF DELL O. AMY, DECEASED | § | GILLESPIE COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, ARK DIMENSION 4, INC. and ROBERT POSPISIL, hereby give notice that they are appealing to the Fourth Court of Appeals the trial court's Order of September 22, 2014 in this matter, which Order grants Defendant's Motion for Partial Summary Judgment. Said Order became final and appealable upon entry of the Order for Severance entered on October 15, 2014.

Respectfully submitted,

BAYNE, SNELL, & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By: _____
David C. "Clay" Snell
State Bar No. 24011309
ATTORNEY FOR PLAINTIFFS

1

Filed 1/5/2015 11:34:38 AM
Jan Davis
District Clerk
Gillespie County, Texas
By Kim Durst

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to Genevieve Klein Gold and Dick Stengel, Kelly & Nevins, LLP, 206 W. Main Street, Fredericksburg, Texas, 78264 on this the **5th** day of January 2015.

David C. "Clay" Snell